NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Craig P. Fagan, SBN 149556
6320 Raydel Court
San Diego, CA 92120
(619) 528-9600

ATTORNEY(S) FOR: All Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Francisco Sandoval et al. | CASE NUMBER: |
|---|---|
| Plaintiff(s), | |
| v. | |
| Lagoon Associates, LLC., et al. | CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |
| Defendant(s) | |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for ___all Plaintiffs___ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| 1. Francisco Sandoval | 1. Plaintiff |
| 2. Heidi Arellano | 2. Plaintiff |
| 3. C.S.A., a minor | 3. Plaintiff |
| 4. Reyna Vences | 4. Guardian Ad Litem |

6-26-15
Date

/s/Craig P. Fagan
Signature

Attorney of record for (or name of party appearing in pro per):

All Plaintiffs

CV-30 (05/13)                         NOTICE OF INTERESTED PARTIES