AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the
Central District of California

|  |  |  |
|---|---|---|
| FRANCISCO SANVOVAL, an individual, HEIDI ARELLANO, an individual, C.S.A., a minor by and through his guardian ad litem, REYNA VENCES | ) ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| LAGOON ASSOCIATES, LLC, a California Limited Liability Company | ) ) ) | |
| Remaining Defendants listed in Exhibit No. 1 | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Craig P. Fagan, SBN 149556
LAW OFFICES OF CRAIG P. FAGAN
6320 Raydel Court, San Diego, CA 92120
619-528-9600

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                           *Signature of Clerk or Deputy Clerk*

# EXHIBIT NO. 1

FRANCISCO SANVOVAL, an individual,          )
HEIDI ARELLANO, an individual, C.S.A.,       )
a minor by and through his guardian ad       )
litem, REYNA VENCES,                         )
                                             )
     Plaintiffs,                             )
                                             )
     v.                                      )
                                             )
LAGOON ASSOCIATES, LLC, a                    )
California Limited Liability Company;         )
COASTLINE REAL ESTATE ADVISORS,              )
LLC., a California Limited Liability          )
Company, and DOES 1 through 10,              )
Inclusive,                                    )
                                             )
     Defendants                              )
                                             )
_____      )