UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO SANVOVAL, an individual, HEIDI ARELLANO, an individual, C.S.A., a minor by and through his guardian ad litem, REYNA VENCES,<br><br>    Plaintiffs,<br><br>  v.<br><br>LAGOON ASSOCIATES, LLC, a California Limited Liability Company; COASTLINE REAL ESTATE ADVISORS, LLC., a California Limited Liability Company, and DOES 1 through 10, Inclusive,<br><br>    Defendants | No. 2:15cv04880-RGK-RAO<br><br>**ORDER GRANTING PETITION OF REYNA VENCES FOR APPOINTMENT OF GUARDIAN AD LITEM FOR MINOR CHILD, C.S.A.** |

After considering the petition of Reyna Vences ("Petitioner") for appointment as guardian ad litem for minor child C.S.A., IT IS HEREBY ORDERED THAT:

The petition is granted and Reyna Vences is appointed as the guardian ad litem for

minor child C.S.A., for the entirety of this lawsuit.

Dated:_____

_____
Judge