UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO SANVOVAL, an individual, HEIDI ARELLANO, an individual, C.S.A., a minor by and through his guardian ad litem, REYNA VENCES,<br><br>    Plaintiffs,<br><br>    v.<br><br>LAGOON ASSOCIATES, LLC, a California Limited Liability Company; COASTLINE REAL ESTATE ADVISORS, LLC., a California Limited Liability Company; LARO PROPERTIES, LP, A California Limited Partnership; LAGOON CCP, LLC, A California Limited Liability Company, and DOES 1 through 10, Inclusive,<br><br>    Defendants | No. 2:15cv04880-RGK (RAOx)<br><br>**ORDER** |

After considering the Stipulation for Dismissal filed herein, IT IS HEREBY ORDERED THAT:

The first amended complaint filed by Plaintiffs FRANCISCO SANVOVAL, HEIDI

ARELLANO, and C.S.A., a minor by and through his guardian ad litem, REYNA VENCES, in this matter is hereby dismissed with prejudice as to all Defendants, with each party bearing their own costs and attorney's fees.

**IT IS SO ORDERED**

Dated: _____

United States District Court Judge