

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO SANVOVAL, an individual, HEIDI ARELLANO, an individual, C.S.A., a minor by and through his guardian ad litem, REYNA VENCES, <br><br>      Plaintiffs, <br><br>   v. <br><br> LAGOON ASSOCIATES, LLC, a California Limited Liability Company;  COASTLINE REAL ESTATE ADVISORS, LLC., a California Limited Liability Company; LARO PROPERTIES, LP, A California Limited Partnership; LAGOON CCP, LLC, A California Limited Liability Company, and DOES 1 through 10, Inclusive, <br><br>      Defendants | No. 2:15cv04880-RGK (RAOx) <br><br> **ORDER** <br> _____ |

_____

   After considering the Stipulation for Dismissal filed herein, IT IS HEREBY ORDERED THAT:

1        The first amended complaint filed by Plaintiffs FRANCISCO SANVOVAL,

2    HEIDI ARELLANO, and C.S.A., a minor by and through his guardian ad litem,

3    REYNA VENCES, in this matter is hereby dismissed with prejudice as to all

4    Defendants, with each party bearing their own costs and attorney's fees.

5

6        **IT IS SO ORDERED**.

7

8

9    Dated:      September 1, 2016              _____

10                                          Hon. R. Gary Klausner
                                       United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28